IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONNELL PRICE, :
    Petitioner :
: No. 1:17-cv-01103
v. :
: (Judge Kane)
MARK GARMAN, et al., :
    Respondents :

# ORDER

**AND NOW**, on this 24th day of July 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Donnell Price's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED**;

2. A certificate of appealability will not issue, as Price has failed to demonstrate a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003); and

3. The Clerk of Court is directed to **CLOSE** this case.

                                    s/ Yvette Kane
                                    Yvette Kane, District Judge
                                    United States District Court
                                    Middle District of Pennsylvania